# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **John Dowdy, Jr., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 12-3121-CV-W-DGK |
| | ) |
| **Veracity Financial Group, LLC** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER SETTING JUDGMENT-DEBTOR EXAMINATION

It is

**ORDERED** that a judgment-debtor exam for Defendant Veracity Financial Group, LLC is set for Wednesday August 28, 2013, at 1:30 a.m. Defendant shall appear before the undersigned at the United States Courthouse, 400 East 9th Street, Courtroom 7E, Kansas City, Missouri, to undergo an examination under oath concerning its property, ability and means of satisfying satisfy the **ORDER AND JUDGMENT** entered on September 24, 2012. Defendant is reminded that failure to appear or otherwise respond to this Order may result in additional penalties including but not limited to:

    a.    An order adjudging Defendant Veracity Financial Group, LLC to be in contempt of the Court;

    b.    The issuance of a Form AO442 directed to Reike Plecas, Director of Operations or a duly authorized representative of Defendant;

    c.    The imposition upon Defendant Veracity Financial Group, LLC of a fine of up to $1,000.00 for every day after the issuance of the order that Defendant Veracity Financial Group, LLC fails to comply with the Court's Order of April 16, 2013;

    d.       The issuance of such further orders as the nature of the case may require and as the Court may deem just and proper to compel obedience to and compliance with the orders and decrees of the Court; and,

    e.       the award to Plaintiff of any and all additional attorneys' fees and costs for enforcement of the judgment.  It is further

**ORDERED** that Defendant produce the responses to post-judgment discovery (served December 17, 2012)[1] at the judgment debtor examination under oath on August 28, 2013.  It is further

**ORDERED** that the Clerk of the Court shall send a copy of this order to Defendant by regular and certified United States mail, return receipt requested, to:

| | |
|---|---|
| Veracity Financial Group, LLC<br>c/o Reike Plecas<br>2910 Westown Pkwy, Suite 303<br>West Des Moines, IA 50266 | Veracity Financial Group, LLC<br>c/o Theodore F. Sporer<br>Sporer Law Firm, P.C.<br>108 Third Street, Suite 322<br>Des Moines, IA 50309-4758 |

    */s/ John T. Maughmer*
    **John T. Maughmer**
    **United States Magistrate Judge**

---

[1] This discovery is also the subject of the Court's April 16, 2013 Order to Compel [Doc. 21].